EQUITY SERVICE CORPORATION, Appellant, *v.* MILTON AGULL, Respondent.

Supreme Court, Appellate Term, First Department, March 6, 1936.

*Samuel Firestone*, for the appellant.

*Arthur Rosenzweig*, for the respondent.

PER CURIAM. The transaction was not one of insurance. We also find that it was not tainted with usury. The motion to dismiss upon the ground of a binding provision to arbitrate was not renewed and must be regarded as waived.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff for the relief demanded in the complaint.

All concur. Present—LYDON, HAMMER and FRANKENTHALER, JJ.